J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California  91206
Telephone:  (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

David Santos, an individual and d/b/a Amazon.com Seller scostagirl
*david.santos9384@gmail.com*
2145 SW 17th St.
Miami, FL 33145
Telephone:  (786) 506-1313

Defendant, *in pro se*

E-FILED 03/28/2013

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc., <br><br> Plaintiff, <br><br> v. <br><br> Stephanie Costa, an individual and d/b/a as Amazon.com Seller scostagirl, et al., <br><br> Defendants. | Case No. CV13-0865 GHK (AJWx) <br><br> [~~PROPOSED~~] CONSENT DECREE AND PERMANENT INJUNCTION |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner Bros. Home Entertainment Inc. ("Plaintiff") and Defendants Stephanie Costa, an individual and d/b/a as Amazon.com Seller scostagirl ("Costa"), and David Santos, an individual and d/b/a as Amazon.com Seller scostagirl ("Santos") (collectively, Costa and Santos are referred to herein as "Defendants"), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Santos, his successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1)	The Complaint shall be amended to identify Doe No. 1 as "David Santos, an individual and d/b/a Amazon.com Seller scostagirl. The Amended Complaint shall be deemed served upon Defendants.

2)	This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendants.

3)	Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

4)	Plaintiff has alleged through its Amended Complaint that Defendants have made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

5)	Santos acknowledges and assumes liability for any of the alleged misconduct set forth in the Amended Complaint.

6)	Santos and his agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading

anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

    a) Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

    b) Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

    c) Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

7) Each side shall bear its own fees and costs of suit.

8) Except as provided herein, all claims alleged in the Amended Complaint against Santos are dismissed with prejudice. All claims alleged in the Amended Complaint against Costa are dismissed without prejudice.

9) This Injunction shall be deemed to have been served upon Santos at the time of its execution by the Court.

10) The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Santos.

11) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction against Santos.

12) The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Santos, be reopened should Santos default under the terms of the Settlement Agreement.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

13) This Court shall retain jurisdiction over Santos for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED:

Hon. George H. King
United States District Judge

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: /s/ Nicole L. Drey
    J. Andrew Coombs
    Nicole L. Drey
Attorneys for Plaintiff Warner Bros. Home Entertainment Inc.

David Santos, an individual and d/b/a Amazon.com Seller scostagirl

By: _____
    David Santos, an individual and d/b/a
    Amazon.com Seller scostagirl
Defendant, *in pro se*

Stephanie Costa, an individual and d/b/a Amazon.com Seller scostagirl

By: _____
    Stephanie Costa, an individual and
    d/b/a Amazon.com Seller scostagirl
Defendant, *in pro se*

13) This Court shall retain jurisdiction over Santos for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED:

                                           Hon. George H. King
                                           United States District Judge

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: _____
     J. Andrew Coombs
     Nicole L. Drey
Attorneys for Plaintiff Warner Bros. Home Entertainment Inc.

David Santos, an individual and d/b/a Amazon.com Seller scostagirl

By: _____
     David Santos, an individual and d/b/a
     Amazon.com Seller scostagirl
Defendant, *in pro se*

Stephanie Costa, an individual and d/b/a Amazon.com Seller scostagirl

By: ___/s/ S. Costa/_____
     Stephanie Costa, an individual and
     d/b/a Amazon.com Seller scostagirl
Defendant, *in pro se*

# EXHIBIT A
# COPYRIGHT REGISTRATIONS

| REG. NO. | TITLE | COPYRIGHT CLAIMANTS |
|---|---|---|
| PA 1-750-442 | FALLING SKIES: Live and Learn | TNT Originals, Inc. ("TNT") |
| PA 1-750-446 | FALLING SKIES: The Armory | TNT |
| PA 1-736-232 | GAME OF THRONES: Winter Is Coming | Home Box Office, Inc. ("HBO") |
| PA 1-736-234 | GAME OF THRONES: The Kingsroad | HBO |
| PA 1-737-694 | GAME OF THRONES: Lord Snow | HBO |
| PA 1-737-699 | GAME OF THRONES: Cripples, Bastards And Broken Things | HBO |
| PA 1-737-696 | GAME OF THRONES: The Wolf And The Lion | HBO |
| PA 1-737-695 | GAME OF THRONES: A Golden Crown | HBO |
| PA 1-750-434 | GAME OF THRONES: You Win Or You Die | HBO |
| PA 1-738-431 | GAME OF THRONES: The Pointy End | HBO |
| PA 1-739-318 | GAME OF THRONES: Baelor | HBO |
| PA 1-740-116 | GAME OF THRONES: Fire And Blood | HBO |
| PA 1-794-685 | PRETTY LITTLE LIARS (SERIES): It's Alive | Warner Bros. Entertainment Inc. ("WBEI") |
| PA 1-794-687 | PRETTY LITTLE LIARS (SERIES): The Goodbye Look | WBEI |
| PA 1-794-816 | PRETTY LITTLE LIARS (SERIES): My Name Is Trouble | WBEI |
| PA 1-794-688 | PRETTY LITTLE LIARS (SERIES): Blind Dates | WBEI |
| PA 1-794-823 | PRETTY LITTLE LIARS (SERIES): The Devil You Know | WBEI |

| | | |
|---|---|---|
| PA 1-794-778 | PRETTY LITTLE LIARS (SERIES): Never Letting Go | WBEI |
| PA 1-794-827 | PRETTY LITTLE LIARS (SERIES): Surface Tension | WBEI |
| PA 1-794-765 | PRETTY LITTLE LIARS (SERIES): Save The Date | WBEI |
| PA 1-794-790 | PRETTY LITTLE LIARS (SERIES): Picture This | WBEI |
| PA 1-794-831 | PRETTY LITTLE LIARS (SERIES): Touched By An 'A'-Angel | WBEI |
| PA 1-794-686 | PRETTY LITTLE LIARS (SERIES): I Must Confess | WBEI |
| PA 1-794-756 | PRETTY LITTLE LIARS (SERIES): Over My Dead Body | WBEI |
| PA 1-794-834 | PRETTY LITTLE LIARS (SERIES): The First Secret | WBEI |
| PA 1-794-837 | PRETTY LITTLE LIARS (SERIES): Through Many Dangers, Toils and Snares | WBEI |
| PA 1-794-838 | PRETTY LITTLE LIARS (SERIES): A Hot Piece of "A" | WBEI |
| PA 1-794-839 | PRETTY LITTLE LIARS (SERIES): Let The Water Hold Me Down | WBEI |
| PA 1-794-844 | PRETTY LITTLE LIARS (SERIES): The Blonde Leading The Blind | WBEI |
| PA 1-794-848 | PRETTY LITTLE LIARS (SERIES): A Kiss Before Lying | WBEI |
| PA 1-794-689 | PRETTY LITTLE LIARS (SERIES): The Naked Truth | WBEI |
| PA 1-794-740 | PRETTY LITTLE LIARS (SERIES): CTRL: A | WBEI |
| PA 1-794-797 | PRETTY LITTLE LIARS (SERIES): Breaking The Code | WBEI |
| PA 1-794-699 | PRETTY LITTLE LIARS (SERIES): Father Knows Best | WBEI |
| PA 1-794-713 | PRETTY LITTLE LIARS (SERIES): The Eye Of The Beholder | WBEI |

| | | |
|---|---|---|
| PA 1-794-693 | PRETTY LITTLE LIARS (SERIES): If These Dolls Could Talk | WBEI |
| PA 1-794-758 | PRETTY LITTLE LIARS (SERIES): Unmasked | WBEI |
| PA 1-800-929 | RIZZOLI & ISLES: We Don't Need Another Hero | WBEI |
| PA 1-800-896 | RIZZOLI & ISLES: Living Proof | WBEI |
| PA 1-800-891 | RIZZOLI & ISLES: Don't Hate The Player | WBEI |
| PA 1-800-908 | RIZZOLI & ISLES: Rebel Without A Pause | WBEI |
| PA 1-800-922 | RIZZOLI & ISLES: Bloodlines | WBEI |
| PA 1-800-962 | RIZZOLI & ISLES: Brown Eyed Girl | WBEI |
| PA 1-800-887 | RIZZOLI & ISLES: My Own Worst Enemy | WBEI |
| PA 1-800-951 | RIZZOLI & ISLES: Gone Daddy Gone | WBEI |
| PA 1-800-942 | RIZZOLI & ISLES: Remember Me | WBEI |
| PA 1-800-959 | RIZZOLI & ISLES: Can I Get A Witness? | WBEI |
| PA 1-800-950 | RIZZOLI & ISLES: He Ain't Heavy, He's My Brother | WBEI |
| PA 1-800-949 | RIZZOLI & ISLES: Seventeen Ain't So Sweet | WBEI |
| PA 1-800-957 | RIZZOLI & ISLES: Don't Stop Dancing, Girl | WBEI |
| PA 1-800-934 | RIZZOLI & ISLES: Burning Down The House | WBEI |
| PA 1-805-616 | THE CLOSER: Unknown Trouble | WBEI |
| PA 1-805-629 | THE CLOSER: The Last Word | WBEI |
| PA 1-747-825 | TRUE BLOOD:: She's Not There | HBO |
| PA 1-747-826 | TRUE BLOOD: You Smell Like Dinner | HBO |
| PA 1-748-869 | TRUE BLOOD: If You Love Me, Why Am I Dyin? | HBO |
| PA 1-795-196 | TRUE BLOOD: I'm Alive And On Fire | HBO |

Warner Bros. v. Coro, et al.: [Proposed] Consent Decree          - 8 -

| | | |
|---|---|---|
| PA 1-795-199 | TRUE BLOOD: ME And The Devil | HBO |
| PA 1-751-681 | TRUE BLOOD: I Wish I Was The Moon | HBO |
| PA 1-756-282 | TRUE BLOOD: Cold Grey Light Of Dawn | HBO |
| PA 1-756-538 | TRUE BLOOD: Spellbound | HBO |
| PA 1-756-541 | TRUE BLOOD: Let's Get Out Of Here | HBO |
| PA 1-756-540 | TRUE BLOOD:: Burning Down The House | HBO |
| PA 1-765-849 | TRUE BLOOD: Soul Of Fire | HBO |
| PA 1-765-827 | TRUE BLOOD: And When I Die | HBO |